1004

[No. 23600-5-III.   Division Three.   July 18, 2006.]

THE STATE OF WASHINGTON, *Petitioner*, v. JOSE LUIS APARICIO GARCIA, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 04-1-00069-1, David Frazier, J., entered January 28, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J. Pro Tem.

[Nos. 23965-9-III; 24699-0-III.   Division Three.   July 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH EARL SINGLETON, *Appellant*.

*In the Matter of the Personal Restraint of* JOSEPH EARL SINGLETON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00159-3, Salvatore F. Cozza, J., entered March 11, 2005, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *reversed in part*, sentence *vacated*, petition *dismissed*, and case *remanded* for resentencing by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kato, JJ.

[No. 24070-3-III.   Division Three.   July 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN CLARK MORRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 05-1-00028-6, Michael E. Cooper, J., entered April 25, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.